ROBERT S. PERLMUTTER, SBN 183333
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Tel: (415) 552-7272
Fax: (415) 552-5816
Email: perlmutter@smwlaw.com

CRAIG LABADIE, SBN 101681
MARK S. COON, SBN 128122
OFFICE OF THE CITY ATTORNEY OF THE CITY OF CONCORD
1950 Parkside Drive M/S 08
Concord, CA 94519
Tel: (925) 671-3160
Fax: (925) 671-3469
Email: mcoon@ci.concord.ca.us

Attorneys for Respondents
CITY OF CONCORD et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD COMMUNITIES, L.P., d/b/a Adobe Mobile Lodge and d/b/a Diablo Mobile Lodge; ADOBE ASSOCIATES, LLC, d/b/a Adobe Mobile Lodge; DIABLO ASSOCIATES, LLC, d/b/a Diablo Mobile Lodge,<br><br>Petitioners,<br><br>v.<br><br>CITY OF CONCORD; CITY OF CONCORD CITY COUNCIL; and CITY OF CONCORD RENT REVIEW BOARD,<br><br>Respondents,<br><br>and<br><br>TENANTS RESIDING AT ADOBE MOBILE LODGE AND DIABLO MOBILE LODGE<br><br>Real Parties in Interest. | Case No. C05-04094 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES**<br><br>Date: March 10, 2006<br>Time: 1:30 p.m.<br>Location: Courtroom 2<br>Judge: Hon. Jeffery S. White |

1         Pursuant to Local Rule 7-12, the parties hereto, through their respective counsel of record, hereby stipulate as follows:

2.     This action was filed on October 11, 2005 and served on Respondents City of Concord, City of Concord City Council, and City of Concord Rent Review Board ("City") on December 9, 2005. On December 22, 2005, Petitioners/Plaintiffs Concord Communities et al ("Concord Communities") filed a First Amended Petition for Writ of Mandamus and Complaint ("Amended Petition").


1. This action was filed on October 11, 2005 and served on Respondents City of Concord, City of Concord City Council, and City of Concord Rent Review Board ("City") on December 9, 2005. On December 22, 2005, Petitioners/Plaintiffs Concord Communities et al ("Concord Communities") filed a First Amended Petition for Writ of Mandamus and Complaint ("Amended Petition").

2. The Initial Case Management Conference ("CMC") in this case is currently set for January 13, 2006, and the Initial Disclosures and initial CMC Statement are currently due on January 6, 2006.

3. The City has requested that Concord Communities stipulate to continue: (a) the CMC until March 10, 2006, and (b) the due date for Initial Disclosures and CMC Statement until March 3, 2006.

4. The City has indicated that the reason for this request is two-fold. First, the City's counsel needs additional time to prepare the initial disclosures and other materials. Second, the City anticipates filing within the next week a Motion to Dismiss the Amended Petition, to be heard on the Court's next available hearing date. The City believes that this Motion will result in a Court order dismissing some or all of this action and staying the remainder of this action pending the outcome of related state court proceedings.

5. No prior requests for an extension of time have been filed by any party in this action.

//

//

Case No. C05-04094 JSW
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES

6. Without conceding that there are any grounds for the City's Motion, Concord Communities is willing to stipulate to the City's request to continue: (a) the CMC until March 10, 2006, and (b) the due date for Initial Disclosures and CMC Statement until March 3, 2006.

Dated: 12/30/05                    SHUTE, MIHALY & WEINBERGER LLP

                                   By: /S/
                                   ROBERT S. PERLMUTTER
                                   Attorneys for Respondents
                                   CITY OF CONCORD; CITY OF CONCORD CITY
                                   COUNCIL; and CITY OF CONCORD RENT REVIEW
                                   BOARD

Dated: 12/30/05                    LAW OFFICE OF ANTHONY C. RODRIGUEZ

                                   By: /S/
                                   ANTHONY C. RODRIGUEZ
                                   Attorneys for Petitioners
                                   CONCORD COMMUNITIES, L.P., d/b/a Adobe Mobile
                                   Lodge and d/b/a Diablo Mobile Lodge; ADOBE
                                   ASSOCIATES, LLC, d/b/a Adobe Mobile Lodge;
                                   DIABLO ASSOCIATES, LLC, d/b/a Diablo Mobile
                                   Lodge,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 6, 2006             By: /s/ Jeffrey S. White
                                   JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE

Case No. C05-04094 JSW
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES