**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD COMMUNITIES, L.P., et al. | |
|     Petitioners, | No. C 05-04094 JSW |
|   v. | |
| THE CITY OF CONCORD, et al. | **ORDER SETTING BRIEFING SCHEDULE** |
|     Respondents, | |
|  and | |
| TENANTS RESIDING AT ADOBE MOBILE LODGE AND DIABLO MOBILE LODGE, | |
|     Real Parties in Interest. | |
| _____ / | |

    This matter is set for a hearing on February 24, 2006 on Defendants' motion to dismiss. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than on Friday, January 20, 2006 and Defendant's reply brief shall be filed by no later than Friday, January 27, 2006.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 6, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE