**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCORD COMMUNITIES, L.P., et al.

Petitioners,

v.

THE CITY OF CONCORD, et al.

Respondents,

and

TENANTS RESIDING AT ADOBE MOBILE
LODGE AND DIABLO MOBILE LODGE,

Real Parties in Interest.
_____/

No. C 05-04094 JSW

**ORDER DENYING
PETITIONERS' REQUEST FOR
LEAVE TO FILE A MOTION FOR
RECONSIDERATION**

On March 15, 2006, Petitioners filed a request for leave to file a motion for
reconsideration on the Court's order granting Respondents' motion to dismiss or stay.  A party
moving for reconsideration must first seek leave of the court to file such a motion and must
specifically demonstrate:  (1) that at the time of the motion for leave, a material difference in
fact or law exists from that which was presented to the Court before entry of the interlocutory
order for which reconsideration is sought; or (2) the emergence of new material facts or change
of law occurring after the time of such order; or (3) a manifest failure by the Court to consider
material facts or dispositive legal arguments which were presented to the Court before such
interlocutory order.  Civil L.R. 7-9(a) and (b).  Petitioners argue that this Court failed to
consider dispositive legal arguments which they presented to the Court.

**United States District Court**

For the Northern District of California

The Court granted Respondents' motion to abstain from adjudicating this matter under the *Younger* doctrine.   In *Younger v. Harris*, 401 U.S. 37 (1971),  the Supreme Court "espouse[d] a strong federal policy against federal-court interference with pending state judicial proceedings." *H.C. v. Koppel,* 203 F.3d 610, 613 (9th Cir.2000) (internal quotations omitted). The Court did not reach the merits of Petitioners' claims, but rather, pursuant to the *Younger* doctrine, dismissed without prejudice Petitioners' claims for equitable relief and stayed Petitioners' claims for damages pending resolution of the state court proceedings.  Petitioners' request for leave to file a motion for reconsideration addresses arguments they made regarding the merits of their claims.  Whether Petitioners may or may not have meritorious takings claims under the Due Process Clause does not undermine the basis of this Court's order granting Respondents' motion to dismiss or stay pursuant to the *Younger* doctrine.  Therefore, Petitioners have not demonstrated a manifest failure by the Court to consider *dispositive* legal arguments. Accordingly, the Court DENIES Petitioners' request to file a motion for reconsideration.

**IT IS SO ORDERED.**

Dated: April 19, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2