IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD COMMUNITIES, L.P. ET AL, | |
| Plaintiff, | No. C 05-04094 JSW |
| v. | **ORDER REQUIRING JOINT STATUS REPORTS** |
| THE CITY OF CONCORD ET AL, | |
| Defendant. | |

On February 23, 2006, this Court granted Respondents' motion to dismiss and stayed certain aspects of this action pending resolution of state court proceedings. The Court further ordered the parties to file joint status reports regarding the state court proceedings every 120 days until the stay is lifted.

The parties filed their last joint status report on August 14, 2008. The parties are HEREBY ORDERED to submit a joint status report to the Court by no later than March 13, 2009, and to resume submitting joint status reports every 120 days thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: March 2, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE