ROBERT S. PERLMUTTER, SBN 183333
GABRIEL M. B. ROSS, SBN 224528
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Tel: (415) 552-7272
Fax: (415) 552-5816
Email: perlmutter@smwlaw.com
Email: ross@smwlaw.com

CRAIG LABADIE, SBN 101681
MARK S. COON, SBN 128122
OFFICE OF THE CITY ATTORNEY OF THE CITY OF CONCORD
1950 Parkside Drive M/S 08
Concord, CA 94519
Tel: (925) 671-3160
Fax: (925) 671-3469
Email: mcoon@ci.concord.ca.us

Attorneys for Respondents
CITY OF CONCORD et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD COMMUNITIES, L.P., d/b/a Adobe Mobile Lodge and d/b/a Diablo Mobile Lodge; ADOBE ASSOCIATES, LLC, d/b/a Adobe Mobile Lodge; DIABLO ASSOCIATES, LLC, d/b/a Diablo Mobile Lodge,<br><br>Petitioners,<br><br>v.<br><br>CITY OF CONCORD; CITY OF CONCORD CITY COUNCIL; and CITY OF CONCORD RENT REVIEW BOARD,<br><br>Respondents,<br><br>and<br><br>TENANTS RESIDING AT ADOBE MOBILE LODGE AND DIABLO MOBILE LODGE<br><br>Real Parties in Interest. | Case No. C05-04094 JSW<br><br>**JOINT STATUS REPORT AND REQUEST FOR DISMISSAL OF CASE [Federal Rules of Civil Procedure, Rule 41(a)]**<br><br>AND ORDER THEREON |

Case No. C05-04094 JSW
JOINT STATUS REPORT

1  Pursuant to this Court's February 23, 2006 order granting Respondents' Motion to
2  Dismiss or Abstain ("Order") and its March 2, 2009 Order Requiring Joint Status
3  Reports, Respondents City of Concord, City of Concord City Council, and City of
4  Concord Mobilehome Rent Review Board (collectively, "City"), along with Petitioners
5  Concord Communities, L.C., Adobe Associates, LLP, and Diablo Associates, LLP, file
6  this joint status report concerning this case and the related cases in state court.

**PETITIONERS' POSITION AND REQUEST FOR DISMISSAL:**

This case arises out of administrative proceedings conducted pursuant to the City of Concord's mobilehome rent control ordinance. As indicated in the parties' last joint status report, filed on August 14, 2008, the Petitioners have sold the two mobilehome parks that were the subject of the underlying administrative proceedings. As a result of the sale of the two mobilehome parks, the Petitioners have decided not to pursue this action or the state court administrative mandamus proceedings. Accordingly, the Petitioners request that this action be dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys fees and costs.

Although the underlying state court administrative mandamus proceedings have not been served on the Respondents, the Petitioners will file a request for dismissal of those state court proceedings within the next thirty (30) days.

**RESPONDENTS' POSITION AND REQUEST FOR DISMISSAL**:

The Respondents join in the Petitioners' request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys fees and costs.

Dated: March 13, 2009           SHUTE, MIHALY & WEINBERGER LLP

                                By:  _____/s/_____
                                ROBERT S. PERLMUTTER
                                Attorneys for Respondents
                                CITY OF CONCORD; CITY OF CONCORD CITY
                                COUNCIL; and CITY OF CONCORD RENT
                                REVIEW BOARD

Case No. C05-04094 JSW
JOINT STATUS REPORT           1

Dated: March 13, 2009

LAW OFFICES OF ANTHONY C. RODRIGUEZ

By: _____/s/_____
ANTHONY C. RODRIGUEZ
Attorneys for Petitioners
CONCORD COMMUNITIES, L.P., d/b/a Adobe Mobile Lodge and d/b/a Diablo Mobile Lodge; ADOBE ASSOCIATES, LLC, d/b/a Adobe Mobile Lodge; DIABLO ASSOCIATES, LLC, d/b/a Diablo Mobile Lodge

}

[P:\CONCORD\MAT1\FED\March 13 2009 status report and dismissal.wpd]

March 16, 2009



Case No. C05-04094 JSW
JOINT STATUS REPORT            2

Case 5:05-cv-04094-JSW Document 44 Filed 03/16/2009 Page 4 of 4